CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 27 2016

JULIA C. DUDLEY, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS A. HOGLAN, | ) | Civil Action No. 7:15-cv-00694 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| A. DAVID ROBINSON, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Pro se plaintiff Douglas A. Hoglan filed a motion for an extension of time to file an amended complaint and a motion to amend the complaint filed after defendants filed a motion for summary judgment. In his motion to amend, plaintiff updates his allegations to "assert a claim or defense that arose out of the conduct, transaction, or occurrence set out – or attempted to be set out – in the original pleading" and seeks to join as defendants Melissa Welch, Chair of the Virginia Department of Corrections' Publication Review Committee ("PRC"); PRC Member Number 2; and PRC Member Number 3. Appearing proper to do so, Plaintiff's motions for an extension of time and to amend are **GRANTED**; the amended complaint **SHALL** be noted on the docket; defendants' motion for summary judgment is **DISMISSED as moot**; Melissa Welch, PRC Member Number 2, and PRC Member Number 3 are **JOINED** as defendants; the Clerk shall send waivers of service for the newly-joined defendants; and defendants shall **FILE** a motion for summary judgment supported by affidavit(s) addressing the amended complaint within sixty days from the date of this Order's entry pursuant to Standing Order 2013-6.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This 27th day of May, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge