CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 1 4 2016

JULIA C. DUDLEY, CLERK
BY: HMcdonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DOUGLAS A. HOGLAN,     )    Civil Action No. 7:15-cv-00694
    Plaintiff,     )
    )
v.     )    **ORDER**
    )
A. DAVID ROBINSON, et al.,     )    By: Hon. Jackson L. Kiser
    Defendants.     )    Senior United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Ratliffe-Walker and Birckhead are **SUBSTITUTED** for defendants PRC Member Number 2
and PRC Member Number 3; Plaintiff's second motion to amend (ECF No. 44) is **GRANTED** to
the extent defendant Melissa Welch is **TERMINATED** and PRC Member Number 1 is
**JOINED**; the first motion to amend (ECF No. 33) is **DENIED**; Plaintiff's motion to
electronically file (ECF No. 59) is **DENIED**; Plaintiff's motion for prisoner correspondence
(ECF No. 43) is **DENIED**; Defendants' motion for a protective order (ECF No. 57) is
**GRANTED** as to the third set of interrogatories; Plaintiff's request to deny summary judgment
(ECF No. 55) is **DENIED**; and Plaintiff shall **RESPOND** to the motion for summary judgment
within twenty-one days of this Order.

The Clerk **SHALL** send a waiver of service of process to PRC Member Number 1 and
copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This ___14th___ day of October, 2016.

Senior United States District Judge