CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 21 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS A. HOGLAN, | ) | Civil Action No. 7:15-cv-00694 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| A. DAVID ROBINSON, et al., | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that C. Eacho is **SUBSTITUTED** for defendant PRC Member Number 1; the motion to strike and for preservation (ECF No. 66) is **DENIED**; Plaintiff's motion for adjudication sequence (ECF No. 63) is **DENIED**; Defendants' motion for summary judgment is **GRANTED** as to qualified immunity; Plaintiff's motion for summary judgment is **DENIED** as to qualified immunity; the parties' motions for summary judgment in other respects are **DISMISSED** without prejudice; this case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purposes of mediation to be held within the next 60 days and in accordance with Local Civil Rules 83(e); and the court will not entertain motions about discovery until the mediation concludes.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 21st day of March, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge