**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS A. HOGLAN,** | ) | Civil Action No. 7:15-cv-00694 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **A. DAVID ROBINSON, et al.,** | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that: Plaintiff's motion for reconsideration [ECF No. 105] is **DENIED**; Plaintiff's request pursuant to Fed. R. Civ. P. 56(d) is **DENIED**; Defendants' motion for summary judgment [ECF No. 91] is **GRANTED**; a certificate of appealability is **DENIED**; and this action is stricken from the active docket. The clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion and Plaintiff and all counsel of record and to close this case.

**ENTER**: This  30th   day of March, 2018.

　　　　　　　　　　　　　　　　　　 s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE